UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR174 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVIS JURGENS, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| | ) | |

      This matter is before the Court upon the United States' Motion for Final Order of Forfeiture and <u>Memorandum</u> Brief (Filing No. 20). The Court has reviewed the record in this case and finds as follows:

      1. On September 11, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5861(d) and Title 28, United States Code, Section 2461(c), based upon the defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Model 101.3 Stevens .20 gauge bolt-action single-shot shotgun, was forfeited to the United States.

      2. On October 4, 11 and 18, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on November 15, 2007 (Filing No. 19).

   3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

   4. Plaintiff's Motion for Final Order of Forfeiture should be sustained.

Accordingly,

   IT IS ORDERED:

   A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

   B. All right, title and interest in and to the Model 101.3 Stevens .20 gauge bolt-action single-shot shotgun, held by any person or entity, is hereby forever barred and foreclosed.

   C. The Model 101.3 Stevens .20 gauge bolt-action single-shot shotgun, be, and the same hereby is, forfeited to the United States of America .

   D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said property in accordance with law.

   DATED this 20th day of November, 2007.

           BY THE COURT:

           /s/ Lyle E. Strom
           _____
           LYLE E. STROM, District Judge
           United States District Court