IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR174 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVIS LEE JURGENS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On April 1, 2011, the defendant appeared with counsel for a disposition hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 33). Defendant was present and represented by Jeffrey L. Thomas. Plaintiff was represented by Michael D. Wellman, Assistant United States Attorney. Defendant admitted the single allegation contained in the Petition, and the Court found the defendant to be in violation of the conditions of his supervised release. The Court then proceeded to disposition.

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 12 months and 1 day, with credit for time served from February 24, 2011.

2. Upon completion of the defendant's incarceration, his supervised release will be terminated.

DATED this 6th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 2011.

_____Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 2011, to _____, with a certified copy of this judgment.

_____ UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 2011.

_____ UNITED STATES WARDEN

By: _____